# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2107 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 137 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 75857 |
| HOPE RENAE D'OYLEY, | : | |
| Respondent | : | (Montgomery County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 30th day of December, 2014, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated October 9, 2014, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

ORDERED that Hope Renae D'Oyley is suspended on consent from the Bar of this Commonwealth for a period of six months, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.